McILHANEY & CO. v. F. M. HOYT SHOE CO. et al. (Circuit Court of Appeals, Fourth Circuit. December 21, 1915.) No. 1370. Appeal from the District Court of the United States at Columbia, S. C., in Bankruptcy. Appeal

dismissed on motion of appellants. Dunlap, Dunlap & Hollis, of Rock Hill, S. C., and Arthur L. Gaston, of Chester, S. C., for appellant. Thos. F. McDow, of York, S. C., and B. J. White, of Rock Hill, S. C., for appellees.